# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2018

## NO. 03-18-00166-CV

**Appellants, Kimberly McNeely, Acting Director of PARD, in her Official Capacity; and the City of Austin// Cross-Appellant, Watertight Endeavors, Inc. d/b/a Austin Party Cruises**

**v.**

**Appellee, Watertight Endeavors, Inc. d/b/a Austin Party Cruises// Cross-Appellees, Kimberly McNeely, Acting Director of PARD, in her Official Capacity; and the City of Austin**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on March 6, 2018. The parties have filed motions to dismiss the appeal and the cross-appeal, and having considered the motions, the Court agrees that the motions should be granted. Therefore, the Court grants the motions and dismisses the appeal and the cross-appeal. Each party shall bear their own costs relating to the appeal and the cross-appeal, both in this Court and in the court below.